UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YOSHIKO SAITO HAINES,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES INTERNAL<br>REVENUE SERVICE,<br><br>        Defendant. | CASE NO. C09-5423BHS<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>AN EXTENSION OF TIME TO<br>FILE BRIEF |

This matter comes before the Court on Plaintiff's Motion for an Extension of Time to File Brief (Dkt. 8).

On June 19, 2009, Bankruptcy Judge Paul Snyder dismissed Debtor Yoshiko Saito Haines' Chapter 11 Bankruptcy Petition for cause, finding that the bankruptcy was filed in bad faith. *See, e.g.*, 08-41390, Dkt. No. 79. On September 8, 2009, Debtor filed a Motion for an extension of time within which to file her opening appellate brief. Dkt. No. 8. On September 10, 2009, Defendant responded and stated that it "does not oppose a reasonable extension of time for Debtor to file her opening appellate brief." Dkt. 9 at 1.

Therefore, the Court grants the unopposed motion for an extension of time. The appeal shall be renoted for consideration on the Court's November 20, 2009 calendar.

ORDER - 1

Plaintiff's opening brief is due no later than October 5, 2009. Defendant's response is due no later than November 5, 2009. Plaintiff's reply is due no later than November 20, 2009.

**IT IS SO ORDERED**.

DATED this 22nd day of September, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge